NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

## IN RE MIKE O'DONNELL and ANDREW CAMERON

———————————

2011-1610
(Serial No. 09/245,798)

———————————

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

———————————

**JUDGMENT**

———————————

TIMOTHY E. SIEGEL, Timothy E. Siegel Patent Law, PLLC, of Bellevue, Washington, argued for appellants.

FARHEENA Y. RASHEED, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were RAYMOND T. CHEN, Solicitor and JOSEPH G. PICCOLO, Associate Solicitor.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, DYK, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 11, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |